UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESEE, EASTERN DIVISION

_____

JOE PANKEY and
LAMAR PANKEY,

    Plaintiffs,

vs.                                                           Docket No. 1:14-cv-01008

SOUTHERN PIONEER PROPERTY &
CASUALTY INSURANCE COMPANY,

    Defendant.

_____

**JOINT NOTICE AND STIPULATION OF SETTLEMENT**
_____

    COME NOW the parties, the Plaintiffs and Defendant Southern Pioneer Property & Casualty Insurance Company, and announce to the Court and stipulate on the record that all matters and things in controversy between the parties have been compromised and settled in full and that this case should be dismissed with prejudice.

                            THE BOYKIN-STEVENSON FIRM

                            BY: /s  Sheila B. Stevenson_____
                                  Sheila B. Stevenson (B.P.R. #09841)

                                  Attorneys for Plaintiffs
                                  215 2nd Avenue North
                                  Nashville, TN 37201
                                  (615) 739-5240
                                  sheilabstevenson@att.net

                              THE RICHARDSON LAW FIRM

                            BY: /s  John D. Richardson_____

John D. Richardson (B.P.R. # 6124)

Attorneys for Defendant Southern Pioneer Property & Casualty Insurance Company
25 Dr. ML King Jr. Ave. Suite 309
Memphis, TN  38103
(901) 521-1122 - phone
(901) 521-1122 - facsimile
RLF No. 7274

E-Mail address:    Danny.Richardson@RichardsonLawFirm.com

## CERTIFICATE OF SERVICE AND FILING

    I hereby certify that on February 9, 2015 the foregoing document was filed electronically with the United States District Court for the Western District of Tennessee, Eastern Division. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

    /s John D, Richardson_____
    John D. Richardson