# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

**JOE PANKEY and**
**LAMAR PANKEY,**

Plaintiffs,

CASE NUMBER: 1:14-cv-1008-JDB-egb

v.

**SOUTHERN PIONEER PROPERTY &**
**CASUALTY INSURANCE COMPANY,**

Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Joint Notice of Stipulation and Settlement, entered in the above-styled matter on 2/9/2015, this case is hereby dismissed with prejudice.

**APPROVED:**

                                                             s/J. Daniel Breen
                                                              **Chief United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**